No. 756. ARTHUR A. KEMP, ADMINISTRATOR, ETC. *v.* DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY. February 25, 1924. Petition for a writ of cer-

tiorari to the Court of Errors and Appeals of the State of New Jersey denied. *Mr. William Newcorn* for petitioner. No appearance for respondent.